UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WESTGATE RESORTS, LTD.,**

    **Plaintiff,**

v.                                     Case No:  6:12-cv-35-Orl-22GJK

**LAUREN GREENFIELD, FRANK EVERS and GREENFIELD/EVERS LLC,**

    **Defendants.**
_____/

**ORDER**

This cause comes before the Court *sua sponte*.  On November 29, 2012, Plaintiff Westgate Resorts, Ltd. filed "Westgate's Pre-Hearing Memorandum of Law on Defendants' Motion to Stay Action Pending Arbitration" (Doc. No. 69).

First, the Court did not request briefing by the parties before the hearing.  *See* M.D Fla. R. 3.01(c) ("No party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave.")

Second, the Court already ruled on the Motion to Stay Action pending Arbitration.  (*See* Doc. No. 48).

Third, after the parties continually sought to delay this hearing from its original date of August 30, 2012, Plaintiff files eight-one pages of arguments and deposition excerpts on the penultimate business day before the hearing.

Therefore, based on the foregoing, it is **ORDERED** that "Westgate's Pre-Hearing Memorandum of Law on Defendants' Motion to Stay Action Pending Arbitration" (Doc. No. 69), filed on November 29, 2012, is **HEREBY STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties