# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | December 3, 2012<br>9:03am-4:15pm |
|---|---|---|---|
| DEPUTY CLERK: | Sara Riddle | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTF.: | Kathryn Saft and Robert Epstein | COUNSEL FOR DEFTS: | Martin Garbus, Richard Wolfe, and Joseph Johnson |

WESTGATE RESORTS, LTD.,

        Plaintiff,

-vs-

        Case No. 6:12-cv-35-Orl-22GJK

LAUREN GREENFIELD, FRANK EVERS, and GREENFIELD/EVERS LLC,

        Defendants.

_____/

## CLERK'S MINUTES ON EVIDENTIARY HEARING

9:03- Convene. Case called; appearances taken. Garbus presented argument on behalf of Defense.

9:21- Epstein presented argument on behalf of Plaintiff.

9:38- Defendant Lauren Greenfield sworn. Direct began.

10:46- Recess.

11:01- Reconvene. Direct of Lauren Greenfield resumed.

11:28- Cross.

12:20- Redirect. Recess for lunch.

1:33- Reconvene. Housekeeping matters.

1:38- Plaintiff witness, Richard Siegel, sworn. Direct began.

2:14- Cross.

3:12- Redirect.

3:25- Plaintiff witness, David Siegel, sworn. Direct began.

3:24- Cross.

4:13- Redirect. Plaintiff rested. Court gave parties until 12/15/12 to file briefs.

4:16- Court adjourned.