IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:12-cv-35-ORL-18-GJK

WESTGATE RESORTS, LTD.
a Florida limited partnership

      Plaintiff,

v.

LAUREN GREENFIELD, an individual,
FRANK EVERS, an individual, and
GREENFIELD/EVERS LLC dba Evergreen Pictures,

      Defendants.
_____/

## NOTICE OF SETTING MEDIATION

TO:    ALL COUNSEL FOR PARTIES

NOTICE IS HEREBY GIVEN that mediation has been set in the above-styled cause as follows:

| | |
|---|---|
| DATE OF MEDIATION: | October 8, 2013 |
| TIME OF MEDIATION: | 10:00 a.m. |
| MEDIATOR ASSIGNED: | Jay Cohen |
| MEDIATOR TELEPHONE: | (407) 644-1181 |
| ADDRESS FOR MEDIATION: | GREENSPOON MARDER, P.A.*<br>Capital Plaza I, Suite 500<br>201 E. Pine Street<br>Orlando, Florida  32801 |
| TELEPHONE: | (407) 425-6559 |

(* Subject to change at the request of Defendants)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification per service list attached on this 8th day of January, 2013; and a copy was furnished via electronic mail delivery to Lincoln D. Bandlow, Esquire (lbandlow@lathropgage.com), Lathrop & Gage, LLP, 1888 Century Park East, Suite 1000, Los Angeles, California 90067, and to Martin Garbus, Esquire (mgarbus@evw.com), Eaton & Van Winkle LLP, 3 Park Avenue, New York, New York 10016.

/s/ Michael E. Marder
RICHARD W. EPSTEIN, ESQ.
Florida Bar No. 229091
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER, ESQ.
Florida Bar No. 685100
Rebecca.Bratter@gmlaw.com
MARY B.CLARK, ESQ
Florida Bar No. 30178
Mary.Clark@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Telephone No. (954) 491-1120
Facsimile No. (954) 343-6958

MICHAEL E. MARDER, ESQ.
Florida Bar No. 251887
Michael.Marder@gmlaw.com
KATHRYN G. SAFT, ESQ.
Florida Bar No. 041069
Kate.Saft@gmlaw.com
GREENSPOON MARDER, P.A.
Capital Plaza I
201 East Pine Street, Suite 500
Orlando, Florida 32801
Telephone No. (407) 425-6559
Facsimile No. (407) 422-6583

*Attorneys for Westgate Resorts, Ltd.*