**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WESTGATE RESORTS, LTD.,**

      **Plaintiff,**

v.                                                              Case No:  6:12-cv-35-Orl-22GJK

**LAUREN GREENFIELD, FRANK EVERS and GREENFIELD/EVERS LLC,**

      **Defendants.**

**ORDER DIRECTING COMPLIANCE**

    The Court, on its own initiative, has reviewed the file in this case. On January 24, 2013, this Court entered an Order directing the Defendants to file and serve, on or before May 1, 2013, and every three months thereafter, a status report regarding the arbitration proceedings (Doc. No. 81).  The Defendants has failed to file the November 2013 status report.

    Based on the foregoing, it is ordered as follows:

1. No later than December 13, 2013, the Defendant shall file the required status report and shall ensure that it complies with this Court's Order of January 24, 2013 in the future.

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 5, 2013.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties